No. 486
DIETZ v. MILLER
Ohio Appeals, 5th Dist, Williams County
No. 133. Decided June 2, 1924

1157. TAXATION—Sales agent for wholesale company not liable for cigarette tax required by 5894 GGC.

RICHARDS, J.
Epitomized Opinion
Published Only in Ohio Law Abstract

Action to enjoin collection of tax assessed under Sections 5894 and 5898 GC. Miller

## STATE COURT OF APPEALS—Continued

is County Auditor. Dietz was a sales agent for Neubert-Schroeder Co., which was engaged in the wholesale cigarette business in the city of Toledo, which company pays a tax in Lucas county. Dietz received goods on consignment from that company and disposed of them as agent for the company. After trial in the Common Pleas Court the case was appealed and decree for plaintiff rendered, holding:

1. That Dietz was no more than an agent on commission for the owner of the property and not subject to the tax.

Attorneys—Charles E. Scott and H. H. De Muth for Dietz; W. H. Shinn, Pro. Atty., for Miller; all of Bryan.